IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN BRIAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:21-cv-51 (MTT) |
| | ) |
| Sheriff DAVID DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Jonathan Thomas has moved the Court *ex parte* to appoint him counsel. Doc. 22. Thomas's complaint alleged Eighth Amendment and ADA violations stemming from his incarceration at Bibb County Jail. Doc. 1. Thomas claims that he needs counsel because his "case is a complex civil rights action, and must be handled with extreme care." Doc. 22.

"Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Rather, "it is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted). At the scheduling conference held on September 23, 2021, Thomas was able to communicate with the Court effectively and intelligently. Furthermore, he demonstrated a familiarity with the Federal Rules of Civil Procedure and an understanding of the discovery process. Thomas has not shown the existence of exceptional circumstances necessary to justify the appointment of counsel in his civil case. Accordingly, Thomas's motion (Doc. 22) is **DENIED**.

**SO ORDERED**, this 24th day of September, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT