IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN BRIAN THOMAS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00051-MTT |
| | * |
| SHERIFF DAVID DAVIS | |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 12, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 13th day of October, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk